UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62687-BLOOM/Valle

HALAL KHALID,

    Plaintiff,

v.

ALERE INC., *et al.*,

    Defendants.
_____/

## ORDER TRANSFERRING CASE

**THIS CAUSE** is before the Court upon the Stipulation to Transfer Venue, ECF No. [6] ("Stipulation"), filed on December 29, 2016, in which the parties seek the transfer of this matter to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a). The Court has reviewed the Stipulation, the record, and the applicable law, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Stipulation, **ECF No. [6]**, is **APPROVED**. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Southern District of Massachusetts. Upon transfer, the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record